IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02361-PAB-KMT

MICHELLE COYNE,
ASHLEY MICHELLE COYNE, and
EMILY LYNN COYNE,

    Plaintiffs,

v.

JOHN CAMPER,
CITY OF GRAND JUNCTION,
HENRY STOFFEL,
DICK DILLON,
STAN HILKEY,
MESA COUNTY SHERIFF'S OFFICE, and
MISTI LEE SCHNEIDER,

    Defendants.

---

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    On December 27, 2010, plaintiff filed the Revised Second Amended Complaint [Docket No. 48] pursuant to the Order [Docket No. 47] granting plaintiff's Motion for Leave to File Second Amended Complaint [Docket No. 22]. Thus, the Second Amended Complaint became the operative pleading in this action, and the motions to dismiss [Docket Nos. 13, 20 and 21] are directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted). As such, the motions to dismiss are moot. It is

    ORDERED that defendants' motions to dismiss [Docket Nos. 13, 20, and 21] are DENIED as moot.

    DATED January 6, 2011.